THE M. VANDERCOOK. THE PLAINFIELD. (Circuit Court of Appeals, Second Circuit. December 21, 1900.) Nos. 36, 37. Appeal from the District Court of the United States for the Southern District of New York. Le Roy S. Gove, for appellant. James E. Carpenter, for the M. Vandercook. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decrees of the district court (88 Fed. 559) affirmed.

---

NATIONAL SURETY CO. v. UNITED STATES ex rel. ANNISTON PIPE & FOUNDRY CO. (Circuit Court of Appeals, Eighth Circuit. January 7, 1901.) No. 1,475. In Error to the Circuit Court of the United States for the Eastern District of Missouri. J. E. McKeighan, Shepard Barclay, and M. F. Watts, for plaintiff in error. T. A. Post, for defendant in error. No opinion. Affirmed, with costs, on authority of U. S. v. National Surety Co., 34 C. C. A. 526, 92 Fed. 549.

---

PACIFIC COAST DREDGING & RECLAMATION CO. et al. v. BOWERS. (Circuit Court of Appeals, Ninth Circuit. January 7, 1901.) No. 545. Appeal from the Circuit Court of the United States for the Northern District of California. R. Percy Wright and D. M. Delmas, for appellants. John H. Miller, for appellee. Appeal dismissed, upon filing of stipulation of counsel for respective parties therefor, without costs to either party in either court. See 99 Fed. 745.

---

PARDON v. McGEORGE. (Circuit Court of Appeals, Eighth Circuit. January 26, 1901.) No. 1,488. In Error to the Circuit Court of the United States for the District of South Dakota. Ralph W. Parliman and F. V. Brown, for plaintiff in error. Melvin Grigsby, S. H. Wright, and Sioux K. Grigsby, for defendant in error. No opinion. Affirmed, with costs.

---

PINE RIVER LOGGING & IMPROVEMENT CO. et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 17, 1900.) No. 1,494. In Error to the Circuit Court of the United States for the District of Minnesota. John B. Atwater, Eugene G. Hay, and William H. Bennett, for plaintiffs in error. John E. Stryker, for the United States. No opinion. Affirmed, without costs to either party in this court.

---

REDMAN v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. November 17, 1900.) No. 376. In Error to the District Court of the United States for the District of Maryland. Wm. Colton, for plaintiff in error. John C. Rose, U. S. Atty. Writ of error dismissed under rule 23; record not having been printed when case was called for argument.

---

RYNAN et al. v. McCULLOM et al. (Circuit Court of Appeals, Sixth Circuit. January 19, 1901.) No. 845. Appeal from the District Court of the United States for the District of Kentucky. In admiralty. Campbell & Campbell and E. W. Bagby, for appellants. Bishop & Hendricks, for appellees. No opinion. Decree of district court modified.